## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Ajaco Towing*
14 Lisa Place
Pine Brook, NJ 07058

                                     Mary E. Augustine (No. 4477)

612627v4